[No. 14322–1–I.  Division One.  July 7, 1986.]

*In the Matter of the Marriage of* BETTY DARLENE
JONES, *Respondent, and* WAYNE RONALD
JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 82–3–02893–4, Stuart C. French, J.,
entered January 5, 1984. *Affirmed* by unpublished opinion
per Scholfield, C.J., concurred in by Grosse and Webster,
JJ.

[No. 13444–2–I.  Division One.  July 7, 1986.]

TERRY LEE PETERSON, ET AL, *Appellants,* v. WILLIAMS
BROTHERS DEVELOPMENT COMPANY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–05715–1, Donald D. Haley, J., entered
September 13, 1984. *Affirmed* by unpublished opinion per
Scholfield, C.J., concurred in by Swanson, J., and Johnsen,
J. Pro Tem.

[No. 14445–6–I.  Division One.  July 7, 1986.]

RANDALL J. NELSON, *Respondent,* v. GREG P.
FREEMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–16449–6, Peter K. Steere, J., entered
February 15, 1984. *Reversed* and *remanded* by unpublished
opinion per Williams, J., concurred in by Webster, J.,
Scholfield, C.J., dissenting.